# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS SALINAS,

    Defendant.

Case No. MJ13-6

**DETENTION ORDER**

Offenses charged:

- Kidnapping a Minor Victim in Interstate and Foreign commerce and Conspiracy to the same, and

- Seizure and Detention of a National of the United States.

Date of Detention Hearing: January 8, 2013.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with an offense that carries a presumption of detention and has

DETENTION ORDER - 1

failed to overcome that presumption. Defendant is not a citizen and has ties to Mexico including family members who live there. He has the means to flee the country and to avoid prosecution. Defendant also has the incentive given the mandatory minimum 20 year prison sentence that he faces if convicted. The offense is serious, involves minors and threats and occurred over a long period of time. The alleged actions indicate defendant poses a danger to the community.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of January, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge